[2010]). Present—Centra, J.P., Fahey, Peradotto, Lindley and Green, JJ.

■  In the Matter of the Estate of KEVIN W. STANLEY, Deceased. DIANE R. STANLEY, as Executrix of KEVIN W. STANLEY, Deceased, Appellant; LAWRENCE J. MATTAR, ESQ., as Guardian ad Litem for ASHLEY STANLEY, a Minor, et al., Respondents. In the Matter of the Estate of KATHLEEN A. STANLEY, Deceased. RICHARD T. STANLEY, as Administrator of the Estate of KATHLEEN A. STANLEY, Deceased, Appellant; LAWRENCE J. MATTAR, ESQ., as Guardian ad Litem for ASHLEY STANLEY, a Minor, et al., Respondents. (Appeal No. 3.) [913 NYS2d 591]—Appeals from an order of the Surrogate's Court, Erie County (Barbara Howe, S.), entered October 9, 2009. The order, among other things, determined that petitioners' amended pleadings were untimely filed.

■  In the Matter of the Estate of KEVIN W. STANLEY, Deceased. DIANE R. STANLEY, as Executrix of KEVIN W. STANLEY, Deceased, Appellant; LAWRENCE J. MATTAR, ESQ., as Guardian ad Litem for ASHLEY STANLEY, a Minor, et al., Respondents. In the Matter of the Estate of KATHLEEN A. STANLEY, Deceased. RICHARD T. STANLEY, as Administrator of the Estate of KATHLEEN A. STANLEY, Deceased, Appellant; LAWRENCE J. MATTAR, ESQ., as Guardian ad Litem for ASHLEY STANLEY, a Minor, et al.,

Respondents. (Appeal No. 5.) [913 NYS2d 589]—Appeals from an order of the Surrogate's Court, Erie County (Barbara Howe, S.), entered December 15, 2009. The order, among other things, denied petitioners' motion to vacate the October 9, 2009 order.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Stanley* (79 AD3d 1620 [2010]). Present—Centra, J.P., Fahey, Peradotto, Lindley and Green, JJ.